**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Majab Development, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1755701** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3606 Enterprise Avenue**  **Suite 325**  **Naples, FL 34104**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Collier**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Majab Development, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor    **Majab Development, LLC**    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Majab Development, LLC** _____ Case number (*if known*)_____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Majab Development, LLC**
Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 8, 2025**
MM / DD / YYYY

X /s/ signature
Signature of authorized representative of debtor

**Edward Brinkmann**
Printed name

Title   **Manager**

**18. Signature of attorney**

X /s/ Kathleen L. DiSanto
Signature of attorney for debtor

Date   **May 8, 2025**
MM / DD / YYYY

**Kathleen L. DiSanto**
Printed name

**Bush Ross, P.A.**
Firm name

**PO Box 3913**
**Tampa, FL 33601-3913**
Number, Street, City, State & ZIP Code

Contact phone   **813-224-9255**     Email address   **kdisanto@bushross.com**

**58512 FL**
Bar number and State

## United States Bankruptcy Court
### Middle District of Florida

In re **Majab Development, LLC** _____  Case No. _____
                                    Debtor(s)                 Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 8, 2025**              _____
                                    **Edward Brinkmann/Manager**
                                    Signer/Title

Majab Development, LLC
3606 Enterprise Avenue
Suite 325
Naples, FL 34104

Kathleen L. DiSanto
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Alex Stolyar, Esq.
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067

Anna Brinkmann
Elverskamp 9
29223 Celle
Germany

KATKoneft LLC
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Suite 2400
Tampa, FL 33602

KATOBNEFT LLC
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Tampa, FL 33602

KAToil-Drilling LLC
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Suite 2400
Tampa, FL 33602

London Executive Suites
3606 Enterprise Ave.
Suite 200
Naples, FL 34104

Petro Welt Technologies AG
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Suite 2400
Tampa, FL 33602

Petro Welt Trading Ges.m.b.H
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Suite 2400
Tampa, FL 33602

Trading House KAToil LLC
c/o Richard G. Salazar, Esq.
401 E. Jackson Street
Suite 2400
Tampa, FL 33602

## UNANIMOUS CONSENT OF THE
## MEMBER OF MAJAB DEVELOPMENT, LLC

The undersigned, being the members (the "Members") of Majab Development, LLC, a Florida limited liability company (the "Company"), hereby execute this Unanimous Consent, pursuant to the provisions of the laws of the State of Florida, for the purpose of adopting the following resolutions of the Company in lieu of holding a meeting:

"RESOLVED, that in the judgment of the Members, it is desirable and in the best interests of the Company, its creditors, its members, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, title 11, United States Code; and it is further

"RESOLVED, that any Officer or Manager of the Company is authorized and directed, on behalf of and in the name of the Company, to execute and verify a Chapter 11 petition and to cause the petition to be filed with the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, at such time as the person executing the petition on behalf of the Company shall determine; and it is further

"RESOLVED, that the law firm of Bush Ross, P.A., Post Office Box 3913, Tampa, Florida 33601-3913, be, and hereby is, employed as attorneys for the Company in the Chapter 11 case; and it is further

"RESOLVED, that any Officer or Manager of the Company is authorized to execute and file all petitions, motions, schedules, lists, pleadings and other papers, and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 case, with a view to the successful prosecution of the Chapter 11 case; and it is further

"RESOLVED, that this written consent may be executed in counterparts, each of which will be treated as an original, but all of which together will constitute one and the same instrument."

Dated to be effective as of May 8, 2025.

**EDWARD BRINKMANN**, member and manager of **MAJAB DEVELOPMENT, LLC**, a Florida limited liability company

_____

**RAFAEL WITAS**, as Trustee of the J. Brinkmann Irrevocable Trust Agreement

_____

**RAFAEL WITAS**, as Trustee of the M. Brinkmann Irrevocable Trust Agreement

_____

8HT1764.DOC